## RALPH J. BIRCH *v.* COMMISSIONER OF CORRECTION

The petitioner Ralph J. Birch's petition for certification for appeal from the Appellate Court, 57 Conn. App. 383 (AC 18671), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided June 19, 2000

## TODD C. MORRISON *v.* COMMISSIONER OF CORRECTION

The petitioner Todd C. Morrison's petition for certification for appeal from the Appellate Court, 57 Conn. App. 145 (AC 18887), is denied.

*Todd A. Edgington,* assistant public defender, in support of the petition.

*Nancy L. Chupak,* deputy assistant state's attorney, in opposition.

Decided June 19, 2000